IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
LOIS-JEAN CESCILIA BENJAMIN, : CHAPTER 13
a/k/a LOIS-JEAN CESCILIA :
KING-BENJAMIN, : CASE NO. 5:18-bk-02532
a/k/a LOIS-JEAN BENJAMIN, :
a/k/a LOIS-JEAN C. BENJAMIN, :
a/k/a LOIS JEAN C. KING, :
    Debtor :

## PRAECIPE TO WITHDRAW FOURTH AMENDED PLAN

TO THE CLERK:

    Kindly withdraw the Sixth Amended Plan, Docket #50, filed on March 25, 2022.


**DATED**: April 19, 2022

                                     /s/ Robert J. Kidwell
                                     Robert J. Kidwell, Esq.
                                     Attorney ID #206555
                                     Attorney for Debtor