United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Lois-Jean Cescilia Benjamin
     Debtor

Case No. 18-02532-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Fairway Independent Mortgage Corporation 49 West, Freeport, NY 11520 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com |
| Mario J. Hanyon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Lois-Jean Cescilia Benjamin rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |

Thomas Song
              on behalf of Creditor PENNYMAC LOAN SERVICES  LLC tomysong0@gmail.com

United States Trustee
              ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
              on behalf of Debtor 1 Lois-Jean Cescilia Benjamin
              lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.
              com;swiggins@newmanwilliams.com


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|     Lois-Jean Cescilia Benjamin, | : | 5:18-bk-02532-MJC |
|     *aka Lois-Jean Cescilia King-Benjamin* | : | |
|     *aka Lois-Jean Benjamin* | : | |
|     *aka Lois-Jean C. Benjamin* | : | |
|     *aka Lois Jean C. King* | : | |
|         Debtor. | : | |

## ORDER

Upon consideration of Debtor's **Motion to Incur Debt: Mortgage Loan**, Dkt. #53 ("Motion"), and after a hearing held on June 28, 2022, it is hereby

**ORDERED** that the Motion is **GRANTED** and Debtor is hereby **AUTHORIZED** to enter into a mortgage on substantially the terms set out in the Motion, and it is

**FURTHER ORDERED** that Debtor is authorized to execute any all documents required.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: June 28, 2022