United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-02532-MJC
Lois-Jean Cescilia Benjamin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Jan 19, 2023 | Form ID: ordsmiss | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lois-Jean Cescilia Benjamin, 5826 Decker Road, Bushkill, PA 18324-7934 |
| 5073316 | | AMERICAN EXPRESS LEGAL, PO BOX 278, RAMSEY, NJ 07446-0278 |
| 5087363 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5073333 | + | PROSPER MARKETPLACE INC, 101 2ND STREET FL 15, SAN FRANCISCO, CA 94105-3672 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 19 2023 18:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5095170 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 19 2023 18:40:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5073314 | + | EDI: GMACFS.COM | Jan 19 2023 23:44:00 | ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 5073315 | + | Email/PDF: bncnotices@becket-lee.com | Jan 19 2023 18:53:13 | AMERICAN EXPRESS HEAD OFFICE, WORLD FINANCIAL CENTER, 200 VESEY STREET, NEW YORK, NY 10285-1000 |
| 5073769 | | EDI: GMACFS.COM | Jan 19 2023 23:44:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 5081979 | | Email/PDF: bncnotices@becket-lee.com | Jan 19 2023 18:53:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5073317 | + | EDI: TSYS2 | Jan 19 2023 23:44:00 | BARCLAYS BANK, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5073318 | | Email/Text: cms-bk@cms-collect.com | Jan 19 2023 18:41:00 | CAPITAL MANAGEMENT SVCS, 698 1/2 S OGDEN STEET, BUFFALO, NY 14206-2317 |
| 5073319 | | EDI: CAPITALONE.COM | Jan 19 2023 23:44:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5073320 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | Jan 19 2023 18:41:00 | CENTRAL PORTFOLIO CONTROL INC, 10249 YELLOW CIRCLE DR STE 200, MINNETONKA, MN 55343-9111 |
| 5073322 | | EDI: CITICORP.COM | Jan 19 2023 23:44:00 | CITI CARDS/CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5073323 | | EDI: WFNNB.COM | Jan 19 2023 23:44:00 | COMENITY BANK, BANKRUPTCY DEPT, PO |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 5079337 | | EDI: CAPITALONE.COM | Jan 19 2023 23:44:00 | BOX 182125, COLUMBUS, OH 43218-2125 Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5073324 | + | EDI: NAVIENTFKASMDOE.COM | Jan 19 2023 23:44:00 | DEPT OF ED/NAVIENT, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 5073325 | | EDI: DISCOVER.COM | Jan 19 2023 23:44:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5074824 | | EDI: DISCOVER.COM | Jan 19 2023 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5073326 | | EDI: AMINFOFP.COM | Jan 19 2023 23:44:00 | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 5073327 | + | Email/Text: crdept@na.firstsource.com | Jan 19 2023 18:41:00 | FIRSTSOURCE ADVANTAGE, 205 BRYANT WOODS SOUTH, AMHERST, NY 14228-3609 |
| 5082021 | + | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 19 2023 18:40:00 | Icon Equities LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 5073321 | | EDI: JPMORGANCHASE | Jan 19 2023 23:44:00 | CHASE BANK, PO BOX 15298, WILMINGTON, DE 19850 |
| 5073328 | + | Email/Text: bk@lendingclub.com | Jan 19 2023 18:41:44 | LENDING CLUB CORP, 71 STEVENSON ST, SUITE 300, SAN FRANCISCO, CA 94105-2985 |
| 5096920 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2023 18:42:47 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5073329 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2023 18:41:00 | MIDLAND CREDIT MGT, 2365 NORTHSIDE DRIVE, SUITE 300, SAN DIEGO, CA 92108-2710 |
| 5092553 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2023 18:41:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5073330 | | Email/Text: NCI_bankonotify@ncirm.com | Jan 19 2023 18:40:00 | NATIONWIDE CREDIT INC, PO BOX 14581, DES MOINES, IA 50306-3581 |
| 5097721 | | EDI: NAVIENTFKASMDOE.COM | Jan 19 2023 23:44:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5073331 | | Email/PDF: ebnotices@pnmac.com | Jan 19 2023 18:53:06 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5120472 | + | Email/PDF: ebnotices@pnmac.com | Jan 19 2023 18:53:13 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK, CA 93020-2410 |
| 5073332 | + | Email/Text: pcabkt@phillips-cohen.com | Jan 19 2023 18:41:00 | PHILLIPS & COHEN ASSOC, 1002 JUSTISON STREET, WILMINGTON, DE 19801-5148 |
| 5093809 | | EDI: PRA.COM | Jan 19 2023 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5073882 | + | EDI: RECOVERYCORP.COM | Jan 19 2023 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5076909 | | EDI: PENNDEPTREV | Jan 19 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5076909 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2023 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5094976 | + | EDI: JEFFERSONCAP.COM | Jan 19 2023 23:44:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn |

| Recip ID | Bypass Type | Date/Time | Name and Address |
|---|---|---|---|
| 5095980 | EDI: Q3G.COM | Jan 19 2023 23:44:00 | 56302-7999<br>Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5073334 | EDI: RMSC.COM | Jan 19 2023 23:44:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5073335 | + EDI: CITICORP.COM | Jan 19 2023 23:44:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5073336 | Email/Text: edinkel@vikingservice.com | Jan 19 2023 18:41:00 | VIKING CLIENT SERVICES, PO BOX 59207, MINNEAPOLIS, MN 55459-0207 |
| 5073337 | + Email/PDF: DellBKNotifications@resurgent.com | Jan 19 2023 18:42:44 | WEBBANK/DFS, PO BOX 81607, AUSTIN, TX 78708-1607 |
| 5073338 | + EDI: WFFC2 | Jan 19 2023 23:44:00 | WELLS FARGO CREDIT SERVICES, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5091915 | EDI: WFFC2 | Jan 19 2023 23:44:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ABSOLUTE RESOLUTIONS CORPORATION, 8000 NORMAN CENTER DRIVE SUITE 350, BLOOMINGTON MN 55437-1118, address filed with court:, Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| cr | *+ | Icon Equities LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5073313 | ##+ | ALLTRAN FINANCIAL, PO BOX 610, SAUK RAPIDS, MN 56379-0610 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

Jack N Zaharopoulos
 TWecf@pamd13trustee.com

Kevin S Frankel
 on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com

Kristen D Little
 on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kdlittleecf@gmail.com

Mario J. Hanyon
 on behalf of Creditor PENNYMAC LOAN SERVICES LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario John Hanyon
 on behalf of Creditor PENNYMAC LOAN SERVICES LLC pamb@fedphe.com, mario.hanyon@brockandscott.com

Robert J Kidwell, III
 on behalf of Debtor 1 Lois-Jean Cescilia Benjamin rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Thomas Song
 on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
 on behalf of Debtor 1 Lois-Jean Cescilia Benjamin lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Lois−Jean Cescilia Benjamin, aka Lois−Jean Cescilia King−Benjamin, aka Lois−Jean Benjamin, aka Lois Jean C. King, aka Lois−Jean C. Benjamin, | Chapter | 13 |
| | Case No. | 5:18−bk−02532−MJC |

**Debtor 1**

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: January 19, 2023

ordsmiss (05/18)